Kenneth M. KEEFE, Ernest E. Quantrell, and Pelham C. Wilmerding, Appellants, v. CAMPBELL ROAD—RED RUN IMPROVEMENT DRAIN DISTRICT, Appellee.

No. 7737.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

Goodenough, Voorhies, Long & Ryan and Dykema, Jones & Wheat, all of Detroit, Mich., and Thomson, Wood & Hoffman, of New York City, for appellants.

Robert D. Heitsch, of Pontiac, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a joint motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed.

KINGAN & CO. INCORPORATED v. Will H. SMITH, etc.

No. 6118.

Circuit Court of Appeals, Seventh Circuit.

Feb. 15, 1937.

Val Nolan, of Indianapolis, Ind., for appellant.

William H. Thompson, Albert L. Rabb, and Thomas D. Stevenson, of Indianapolis, Ind., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It is ordered by the court that leave be denied to the G. M. Peet Packing Company to file a brief as amicus curiæ.

Almer F. KNOWLES, Plaintiff-Appellant, v. AMERICAN SOUTH AFRICAN LINES, Defendant-Respondent.

No. 410.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Gazan & Caldwell, of New York City, for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon Sims Jones and Robert P. Nash, both of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Ione LAWLER v. Wm. C. McDUFFIE, etc., et al.

No. 8559.

Circuit Court of Appeals, Ninth Circuit.

May 24, 1937.

Williamson, Ramsay & Hoge, of Los Angeles, Cal., for appellant.

Gibson, Dunn & Crutcher, Wm. J. DeMartini, and O'Melveny, Tullers & Myers, all of Los Angeles, Cal., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly; mandate forthwith.